# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| AMY OGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-293 |
| ) | |
| WILLIAM T. JONES, individually ) | Judge Atchley |
| and in his official capacity, and ) | |
| ANDERSON COUNTY, ) | Magistrate Judge McCook |
| TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## VERDICT FORM

We, the jury, unanimously answer the following questions:

### Liability and Damages Under the Equal Protection Clause and 42 U.S.C. § 1983

1. Has Plaintiff proven by a preponderance of the evidence that **Anderson County** subjected her to a hostile work environment under the law?

    √ YES  _____ NO

    *If you answered "YES," please proceed to Question 2. If you answered "NO," please procced to Question 3.*

2. What amount of damages is Plaintiff entitled to recover on this claim?

    $ 650,000.00

3. Has Plaintiff proven by a preponderance of the evidence that **William Jones** subjected her to a hostile work environment under the law?

    √ YES  _____ NO

*If you answered "YES," please proceed to Question 4. If you answered "NO," please procced to Question 5.*

4. What amount of damages is Plaintiff entitled to recover on this claim?

   $ 1,500,000.00

5. Has Plaintiff proven by a preponderance of the evidence that **Anderson County** subjected Plaintiff to quid pro quo harassment under the law?

   ___✓___ YES            _____ NO

*If you answered "YES," please proceed to Question 6. If you answered "NO," please procced to Question 7.*

6. What amount of damages is Plaintiff entitled to recover on this claim?

   $ 650,000.00

7. Has Plaintiff proven by a preponderance of the evidence that **William Jones** subjected Plaintiff to quid pro quo harassment under the law?

   ___✓___ YES            _____ NO

*If you answered "YES," please proceed to Question 8. If you answered "NO," please procced to Question 9.*

8. What amount of damages is Plaintiff entitled to recover on this claim?

   $ 1,500,000.00

### Punitive Damages Against Defendant Jones Under 42 U.S.C. § 1983

9. If you award damages in response to Question 4 and/or Question 8, has Plaintiff proven by a preponderance of the evidence that she is entitled to punitive damages against **William Jones**?

   ___✓___ YES            _____ NO

## Liability and Damages Under the Tennessee Human Rights Act

10. Has Plaintiff proven by a preponderance of the evidence that **Anderson County** subjected her to a hostile work environment under the law?

    ____✓____ YES          _____ NO

    *If you answered "YES," please proceed to Question 11. If you answered "NO," please procced to Question 12.*

11. What amount of damages is Plaintiff entitled to recover on this claim?

    $ 650,000.00

12. Has Plaintiff proven by a preponderance of the evidence that **Anderson County** subjected her to quid pro quo harassment under the law?

    _____ YES          ____✓____ NO

    *If you answered "YES," please proceed to Question 13. If you answered "NO," then your deliberations are at an end. Please have the foreperson sign and date this form and return it to the court officer.*

13. What amount of damages is Plaintiff entitled to recover on this claim?

    $ ~~1,950,000.00~~

Sign and date below and alert the Courtroom Deputy that you have reached a verdict.

██████████████
Jury Foreperson (Print Name)

██████████████
Jury Foreperson (Signature)

7-11-24
Date